158 A.3d 71

COMMONWEALTH of Pennsylvania, Respondent

v.

Jaquan JORDAN, Petitioner

No. 266 EAL 2016

Supreme Court of Pennsylvania.

September 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.